

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2019

No. 04-18-00515-CV

**SOUTHCROSS ENERGY PARTNERS GP, LLC**.,
Appellant

v.

Ivy **GONZALEZ** on Behalf of M.R. Gonzalez, M.N. Gonzalez, Minor Children, and the Estate of Jesus Gonzalez, Jr.; Amy and Jesus Gonzalez, Sr.; and Rene Elizondo,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-139
Honorable Sandra L. Watts, Judge Presiding

## O R D E R

A notice of bankruptcy has been filed, showing a party to this appeal is in bankruptcy. The notice also states the court in which the bankruptcy proceeding is pending, the bankruptcy proceeding's style and case number, and the date when the bankruptcy petition was filed.

The court takes no action on the filing. We order the appeal abated and removed from the court's active docket. See Tex. R. App. P. 8.2; 4th Tex. App. (San Antonio) Loc. R. 4. All motions and other documents pending or filed are abated subject to being re-urged in the event the case is reinstated. The appeal will be reinstated only upon proper motion and proof. See Tex. R. App. P. 8.3(a).

We further order the clerk of this court to send copies of this order to the trial court clerk, the court reporter, and the attorneys of record.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court